# IN THE SUPREME COURT OF THE STATE OF NEVADA

M. JOSEPH MILLER, II,
                        Appellant,
                vs.
JASON BURKE,
                        Respondent.

No. 77382

FILED

JUN 2 4 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S.Young_____
       DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appears to be an appeal from an order granting a motion for relief from judgment pursuant to NRCP 60(b). Eighth Judicial District Court, Clark County; James Crockett, Judge.

Review of the documents transmitted by the district court clerk pursuant to NRAP 3(g) indicated that the appeal is premature because no written order has been entered. Accordingly, on April 15, 2019, this court entered an order directing appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant was cautioned that failure to demonstrate that this court has jurisdiction would result in dismissal of this appeal. Appellant's response was due May 15, 2019. To date appellant has not responded to the order or otherwise communicated with this court.

Accordingly, it appears appellant has abandoned this appeal, and this court

ORDERS this appeal DISMISSED.

_____, J.
          Pickering

_____, J.          _____, J.
          Parraguirre                          Cadish

Supreme Court
OF
Nevada

(O) 1947A

19-27084

cc:  Hon. James Crockett, District Judge
Persi J. Mishel, Settlement Judge
Law Offices of Mitchell Posin, Chtd.
Jason Burke
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A